**Grady Edward LLOYD, Plaintiff— Appellant,**

v.

**Willie L. EAGLETON, Warden of Evans Correctional Institution; B. Miller, Mrs., Correctional Officer; A. Sellers, Mrs., Disciplinary Hearing Officer; Mrs. Belcher, Commissary Operator, Defendants—Appellees.**

No. 08–7814.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 23, 2009.

Grady Edward Lloyd, Appellant Pro Se. William Henry Davidson, II, Matthew Blaine Rosbrugh, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Grady Edward Lloyd appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the

record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lloyd v. Eagleton,* No. 9:07–cv–01416–DCN (D.S.C. Aug. 25, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*